|   |   |
|---|---|
| 1 | **Danielle R. Peay** |
| 2 | California State Bar No. 263694 |
| 3 | 185 West "F" Street, Suite 100 |
| 4 | San Diego, CA 92101 |
| 5 | Telephone: (619) 231-4330 |
| 6 | daniellerpeay@gmail.com |

Danielle R. Peay
California State Bar No. 263694
185 West "F" Street, Suite 100
San Diego, CA 92101
Telephone: (619) 231-4330
daniellerpeay@gmail.com
Attorney for Defendant
Johncarlo Quintero

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

( TODD W. ROBINSON)

| UNITED STATES OF AMERICA, | Case No.: 25CR4822-TWR |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT'S SENTENCING** |
| JOHNCARLO QUINTERO (2)., | **SUMMARY CHART** |
| Defendant. | |

The defendant, Johncarlo Quintero by and through his counsel, Danielle R. Peay, and hereby submits the Sentencing Summary Chart to this Court.

Respectfully submitted,

Dated: March 6, 2026         *s/Danielle R. Peay*
                             DANIELLE R. PEAY
                             Attorney for Johncarlo Quintero

1

# \SENTENCING SUMMARY CHART

Sentencing Date: March 13, 2026

USPO ____
AUSA ____
DEF __X__

Defendant's Name:  Johncarlo Quintero   Docket No.: 25CR0482-01-TWR

Attorney's Name:      Danielle R. Peay        Phone No.:  619-231-4330

Guideline Manual Used:   November 1, 2025    Agree with USPO Calc.: NO

| | |
|---|---|
| **Counts 1 & 2**-Base Offense Level: USSG §§ 2E1.3(a)(2) and 2A2.1(a)(1) | 33 |
| USSG § 2A2.1(b)(1)(B): Serious Bodily Injury to Victim | +2 |
| USSG § 2A2.1(b)(2): Offer/Receipt of Anything of Pecuniary Value | +4 |
| Adjusted Offense Level of Counts 1&2 | 39 |
| **Count 3**- Base Offense Level: USSG §§2E1.3(a)(2) and 2A1.1(a) | 43 |
| Adjusted Offense Level of Count 3 | 43 |
| Adjustment for Role in the Offense | 0 |
| Multiple Count Increase in Offense Level: USSG §§ 3D1.1(a)(3) and 3D1.4(a) | +2 |
| Combined Adjusted Offense Level | 45 |
| | |
| Adjustment for Acceptance of Responsibility [Government Motion – USSG § 3E1.1(b)] | -3 |
| Zero-Point Offender USSG §4C1.1(a)(1)-(10) | ___ |
| Total Offense Level: | 42 |
| Criminal History Score: | 1 |
| Criminal History Category: | I |
| Guideline Range: | from 360-life |
| Guideline Range w/ government variance | 292-365 |
| | |
| Supervised Release Range: | up to 5 years |
| Fine Range: | $50,000-250,000 |

**RECOMMENDATION:** A sentence of 300 months (all counts concurrent) after incorporating a 2-level §3553(a) downward variance from the advisory guidelines range for waiver of appeal, dismissal of appeal, no further litigation; $300 S.A.; restitution; 3 years S.R.